IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTINA PADILLA and JESSICA ZAMUDIO, individually and on behalf of others similarly situated, | ) ) ) ) | |
| | ) | CASE NO. 1:16-cv-4936 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Judge Joan B. Gottschall |
| RUBY FOODS, INC., STANDARD FOODS, INC., MOONSTONE FOODS ENTERPRISES, LLC, SIRAJUDDEN VIRANI and FAISAL MERCHANT, | ) ) ) ) ) ) | Magistrate Judge Young Kim |
| Defendants. | ) | |

**PLAINTIFFS' UNCONTESTED MOTION FOR PRELIMINARY APPROVAL OF A CLASS AND COLLECTIVE ACTION SETTLEMENT; CONDITIONAL CERTIFICATION OF SETTLEMENT CLASSES; DESIGNATION OF CLASS REPRESENTATIVES AND APPOINTMENT OF PLAINTIFFS' COUNSEL; AND APPROVAL OF THE FORM AND MANNER OF CLASS SETTLEMENT NOTICE**

Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs ask the Court to enter an order:

1. Preliminarily approving the class-wide Settlement Agreement negotiated by Plaintiffs and Defendants;

2. Conditionally certifying the proposed class for settlement purposes only;

3. Designating Christina Padilla and Jessica Zamudio as Class Representatives and their attorneys as Class Counsel;

4. Approving the form and manner of class notice; and

5. Setting a date for a final fairness hearing.

6. A draft order is attached to the memorandum of law filed in support of this motion.

WHEREFORE, Plaintiffs request entry of the attached draft order or a similar order.

Respectfully submitted,

/s/   Christopher J. Wilmes

Matthew J. Piers
Christopher J. Wilmes
HUGHES, SOCOL, PIERS, RESNICK & DYM, LTD.
Three First National Plaza
70 West Madison Street, Suite 4000
Chicago, Illinois 60602
312-580-0100

Lam Nguyen Ho
Community Activism Law Alliance
405 W Superior St, #506
Chicago, IL 60654-8561