IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTINA PADILLA and JESSICA ZAMUDIO, individually and on behalf of others similarly situated, | ) ) ) ) | CASE NO. 1:16-cv-4936 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Judge Joan B. Gottschall |
| RUBY FOODS, INC., STANDARD FOODS, INC., MOONSTONE FOODS ENTERPRISES, LLC, SIRAJUDDEN VIRANI, and FAISAL MERCHANT, | ) ) ) ) ) | Magistrate Judge Young Kim |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES**

Pursuant to Fed. R. Civ. P. 23(e), Plaintiffs move this Court to enter an order for final approval of the Settlement Agreement that this Court preliminarily approved on May 25, 2017. In support of this Motion, Plaintiffs have submitted a Memorandum in Support of Their Motion for Final Approval of A Class Action Settlement and Award of Attorneys' Fees. A draft order is attached to that Memorandum as Exhibit 6.

WHEREFORE, Plaintiffs ask the Court to enter the order attached as Exhibit 6 to Plaintiffs' Memorandum in Support of Their Motion For Final Approval of A Class Action Settlement and Award of Attorneys' Fees, or such similar order as the Court deems appropriate.

Respectfully submitted,

/s/Christopher J. Wilmes_____
One of the Attorneys for the Plaintiffs

Matthew J. Piers
Christopher J. Wilmes
HUGHES, SOCOL, PIERS, RESNICK & DYM, LTD.
Three First National Plaza
70 West Madison Street, Suite 4000
Chicago, IL 60602
312-580-0100
cwilmes@hsplegal.com

Lam Nguyen Ho
COMMUNITY ACTIVISM LAW ALLIANCE
405 West Superior Street, 7th Floor, #506
Chicago, IL 60654-8561